UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>EUGENE LEONARD HENDERSON,<br><br>Defendant. | CR05-5159FDB<br><br><br>ORDER GRANTING MOTION<br>TO CONTINUE TRIAL DATE |

THE COURT having considered the oral motion for continuance of the trial date, the records and files herein, the Court hereby makes the following findings:

The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//
//
//
//
//

IT IS THEREFORE ORDERED that the trial date in this case shall be continued from April 25, 2005 to May 31, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED the period of time from the current trial date of April 25, 2005, up to and including the new trial date of May 31, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 15th day of April, 2005.

/s/ Franklin D Burgess
Franklin D Burgess
United States District Judge