JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,           )     NO. CR05-5159FDB
                                    )
                Plaintiff,          )
                                    )
        vs.                         )     ORDER GRANTING STIPULATED
                                    )     MOTION TO CONTINUE TRIAL
EUGENE HENDERSON,                   )     DATE
                                    )
                Defendant.          )
_____    )

        Upon the stipulation of the parties to continue the trial date in the above-captioned

case, the Court finds that such a continuance would serve the ends of justice and

outweigh the best interests of the public and the defendant in a speedy trial; therefore,

        IT IS HEREBY ORDERED that the trial date be continued to June 27, 2005. The

period of delay resulting from this continuance from May 31, 2005 to June 27, 2005 is

hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

        DONE this 18th day of May, 2005.


                        /s/ Franklin D Burgess
                        JUDGE FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE
Prepared by:

/s/ Colin A. Fieman                      /s/ Gregory Gruber
Colin A. Fieman                          Gregory Gruber
Attorney for Defendant                   Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710