Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5159FDB |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EUGENE HENDERSON, | ) | |
| Defendant. | ) | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Motion to Dismiss Indictment, the government's request for an additional two weeks in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Dismiss Indictment is now due on June 8, 2005.

DATED this 6th  day of June, 2005.


    /s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States Senior District Judge

Proposed by:

_/s/_____
Gregory A. Gruber
Assistant United States Attorney

Order/U.S. v.  Eugene Henderson - 1