Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5159FDB |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EUGENE LEONARD HENDERSON, | ) | |
| Defendant. | ) | |

After consideration of the Government's Motion For Permission to File an Overlength Brief, the government's request that it be allowed an additional one (1) page is hereby GRANTED.

The government's response to the defense motion to dismiss indictment can be up to thirteen (13) pages in length.

DATED this 10th day of June, 2005.

    /s/ Franklin D Burgess
FRANKLIN D. BURGESS
Senior United States District Judge

Proposed by:

s/ Gregory A. Gruber
Gregory A. Gruber
Assistant United States Attorney

Order/U.S. v. Eugene Henderson - 1
CR05-5159FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800